# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY L. BROOKINS,<br><br>    Petitioner,<br><br>v.<br><br>STATE OF CALIFORNIA,<br><br>    Respondent. | 1:17-cv-01724-LJO-MJS (HC)<br><br>ORDER GRANTING RESPONDENT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO THE PETITION OR WRIT OF HABEAS CORPUS<br><br>(Document# 9)<br><br>MARCH 27, 2018 DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On February 26, 2018, Respondent filed a motion to extend time to file a response to the petition for writ of habeas corpus. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Respondent is HEREBY GRANTED to and including March 27, 2018, to file a response to the petition for writ of habeas corpus.

IT IS SO ORDERED.

Dated:   March 2, 2018               /s/ *Michael J. Seng*
                                                                 UNITED STATES MAGISTRATE JUDGE