UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY L BROOKINS,<br><br>　　Petitioner,<br><br>　　v.<br><br>STATE OF CALIFORNIA,<br><br>　　Respondent. | Case No. 1:17-cv-01724-LJO-JDP<br><br>ORDER SETTING BRIEFING SCHEDULE FOR RESPONDENT'S MOTION TO DISMISS<br><br>(Doc. No. 11) |

　　Petitioner Barry L. Brookins is proceeding pro se on a petition for a writ of habeas corpus under 28 U.S.C. § 2254. Respondent has filed a motion to dismiss. (Doc. No. 11.) Petitioner has not filed a response.

　　The court will require a response to respondent's motion.

　　Accordingly,

1. Petitioner must file a response to respondent's motion to dismiss (Doc. No. 11) within 21 days of the service of this order. Under Local Rule 230(l), failure of the responding party to file a response may result in sanctions.
2. Respondent may file a reply in support of his motion within 7 days of the service of petitioner's response.

1

IT IS SO ORDERED.

Dated: June 13, 2018

/s/ *Jeremy D. Peterson*
UNITED STATES MAGISTRATE JUDGE